■ In the Matter of the Claim of ETHEL HANSMAN, Respondent, against N. HICKS, Doing Business as ORIENT POINT INN, Appellant. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, by default, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ PETER HASTINGS, Appellant, v. SALVATORE MESSINA et al., Respondents. MARY C. DAMON, Appellant, v. PETER HASTINGS et al., Respondents. SALVATORE MESSINA, Individually and as Guardian ad Litem of STELLA MESSINA, an Infant, et al., Appellants, v. PETER HASTINGS, Respondent.— Motion to dismiss appeal denied, without costs. Cross motion to extend the time to perfect the appeal granted and the time is extended to the March 1959 Term of this court. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

■ In the Matter of MANSELL L. MACLEAN, Appellant, against JOSEPH P. KELLY, as Commissioner of Motor Vehicles of the State of New York, Respondent.— Application for a stay. Application granted, without costs. Present — Foster, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.

## (September 30, 1958)

■ In the Matter of DANIEL E. JEHLI, JR., Doing Business as BRENTWOOD BUS COMPANY, against BENJAMIN F. FEINBERG et al., Constituting the Public Service Commission of the State of New York, et al., Respondents.— Application for an order staying the operation of buses along the route which is the subject matter of the instant proceeding referred to this court by Mr. Justice TAYLOR, pending a decision on this proceeding and the entry of an order thereon. Application denied, without costs, and any and all stays extant are hereby vacated. Present — Foster, P. J., Bergan, Gibson, Herlihy and Reynolds, JJ.

## FOURTH DEPARTMENT, SEPTEMBER, 1958

## (September 10, 1958)

■ E. C. BROWN COMPANY, Appellant, v. COUNTY OF ONTARIO et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied on the ground that the motion is not timely made. (See Civ. Prac. Act, § 592, subd. 2.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ WALTER L. HODGE, Appellant, v. STATE OF NEW YORK, Respondent.— Motion for leave to appeal to the Court of Appeals denied on the ground that the motion is not timely made. (See Civ. Prac. Act, § 592, subd. 2.) Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ In the Matter of MARY HULIHAN, Petitioner, against DAUNT I. STENZEL, as County Commissioner of Public Welfare of Niagara County, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.

■ CHARLES F. SABATINI, Respondent, v. EDWARD J. CARNEGIE, Appellant, et al., Defendants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Williams, Bastow and Goldman, JJ.

■ In the Matter of the Probate of the Will of MARTHA B. SCHWARZ, Deceased. CAROL MCCRAITH, Appellant; ALBERT G. BUTZER et al., as Executors of ROSE P. KRAMER, Deceased, et al., Respondents.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Williams, Bastow, Goldman and Halpern, JJ.